UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Maurice Graves, ) | C/A No. 3:12-826-JFA-SVH |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Lauren B. Stevens, Public Defender of Sumter ) | |
| County; Sumter County Public Defenders ) | |
| Office, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

By order entered September 18, 2012, this court adopted the Report and Recommendation of the Magistrate Judge and summarily dismissed the action. Now before the court is the plaintiff's motion to alter or amend the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

The court's September 18, 2012 order adequately sets forth the court's reasoning for dismissing the complaint and this court sees no meritorious reason to disturb its ruling. Accordingly, the motion for reconsideration (ECF No. 20) is denied.

IT IS SO ORDERED.

June 4, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge